

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

David Britcher and Joyce Britcher,

Vs. No. 11-12-00055-CV

Wells Fargo Bank, National Association,

\* From the County Court at Law
  No. 2 of Midland County,
  Trial Court No. CC 14,463.

\* March 14, 2014

\* Memorandum Opinion by Bailey, J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against David Britcher and Joyce Britcher.